IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADVANCED POWDER SOLUTIONS, INC., BUBBLETIGHT, LLC, AND SWM ENTERPRISES, LLC D/B/A INDUSTRIAL SUPPLY COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW SHERMAN, TERVES INC., AND JAMES HUDDLESTON, <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:15-cv-02128 |

## AGREED STIPULATION REGARDING TEMPORARY RESTRAINING ORDER

The Parties stipulate that Terves Inc. may continue to ship product to customers without violating the Temporary Restraining Order entered in this case on July 24, 2015, provided that the products being shipped are not derived in whole or in part from information obtained from APS' or Bubbletight's computers, email servers, or other electronic storage systems .

Further, it is the Stipulation of the parties that no later than three (3) business days from the time of such shipment(s), Terves will produce, on an attorneys eyes' only basis to Mr. Friedman, the MSDS and redacted copies of the packing slip and certificate of conformance, redacted as necessary to protect customer identifying information, customer-specific product information, quantities, sizes, and price, subject to Plaintiffs' right to move the Court to require limited disclosure of the identity of the customers upon a showing of appropriate grounds.

AGREED:

/s/ Wesley G. Lotz
_____
Wesley G. Lotz
State Bar No. 24046314
Southern District I.D. No. 584646
wlotz@fulkersonlotz.com
FULKERSON LOTZ LLP
700 Louisiana Street, Suite 5200
Houston, Texas 77002-2773
Telephone: 713.654.5800
Facsimile: 713.654.5801

ATTORNEY-IN-CHARGE FOR DEFENDANTS
ANDREW SHERMAN AND TERVES INC.


AGREED:

Edward L. Friedman
BAKERHOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
713.751.1600
713.751.1717 (Facsimile)
efriedman@bakerlaw.com

COUNSEL FOR PLAINTIFFS
ADVANCED POWDER SOLUTIONS, INC.,
BUBBLETIGHT, LLC, AND SWM ENTERPRISE,
LLC D/B/A INDUSTRIAL SUPPLY COMPANY