Cause Number: H-15-2128

Style: APS et al. v. Sherman et al.

Appearances:

| Counsel: | Representing: |
|---|---|
| Edward Friedman | Plaintiffs |
| Charles Alfred Sturm | |
| William Daugherty | |
| Wesley Graham Lotz | Defendants |
| Jerry L. Mitchell | |
| Zak K. Patel | |

Date: Aug. 7, 2015

Reporter: Warner

Law Clerk: J. Liroff

Time: ____/____ a.m.

2:30 / 3:00 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

The Temporary Restraining Order entered on July 24, 2015, is extended until August 21, 2015.

The parties will agree on and submit to the court the following:
    (1) the name of the agreed forensic examiner;
    (2) a schedule for paper discovery; and
    (3) a schedule for depositions.
If the parties cannot come to an agreement on the above, they will appear for a scheduling conference on August 13, 2015, at 3:00 PM. All filings will be submitted by 11:00 AM on that date.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Sim Lake
United States District Judge