IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADVANCED POWDER SOLUTIONS, INC., BUBBLETIGHT, LLC, AND SWM ENTERPRISES, LLC D/B/A INDUSTRIAL SUPPLY COMPANY, | § § § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 4:15-CV-02128 |
| v. | § § | |
| ANDREW SHERMAN, TERVES INC., AND JAMES HUDDLESTON, | § § § | |
| *Defendants*. | § § | |

**AGREED MOTION TO DISMISS WITHOUT PREJUDICE AND MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

All parties in the above referenced matter hereby file this Agreed Motion to Dismiss Without Prejudice and Motion to Dissolve Temporary Restraining Order, and would show the Court as follows:

1. Plaintiffs agree to the immediate dissolution of the Temporary Restraining Order entered by the Court on July 24, 2015, and extended by Order of the Court on August 7, 2015, (the "TRO").

2. Defendants agree that the bond posted by Plaintiffs on July 27, 2015, as security for the TRO (the "Bond") is to be returned to Plaintiffs. Defendants waive their right to recover against the Bond, subject to and without waiving their right, and without waiving any right of their insurance carrier, to file an independent action seeking attorney fees, costs, expenses and damages for defending against the claims and TRO in this action.

3. Plaintiffs hereby dismiss this action without prejudice to their rights to refile same.

Therefore, the Parties pray that the Court dismiss this case without prejudice to Plaintiffs' right to refile same, immediately dissolve the TRO entered on July 24, 2015, and return the $100,000 TRO Bond to Plaintiffs without delay.

Dated: August 12, 2015.　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　**BAKERHOSTETLER LLP**

　　　　　　　　　　　　　　　　　　　　　By: */s/ Edward L. Friedman*
　　　　　　　　　　　　　　　　　　　　　　　　Edward L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 07462950
　　　　　　　　　　　　　　　　　　　　　　　　Federal Bar No. 72833
　　　　　　　　　　　　　　　　　　　　　　　　efriedman@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　811 Main Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 713.751.1600
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 713.751.1717
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Advanced Powder Solutions, Inc., Bubbletight, LLC, and SWM Enterprise, LLC D/B/A Industrial Supply Company*

　　　　　　　　　　　　　　　　　　　　　BY: */s/ WESLEY G. LOTZ*
　　　　　　　　　　　　　　　　　　　　　　　　Wesley G. Lotz
　　　　　　　　　　　　　　　　　　　　　　　　Jerry L. Mitchell
　　　　　　　　　　　　　　　　　　　　　　　　Ethan Gibson
　　　　　　　　　　　　　　　　　　　　　　　　Fulkerson Lotz LLP
　　　　　　　　　　　　　　　　　　　　　　　　700 Louisiana St., Suite 5200
　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002-2773
　　　　　　　　　　　　　　　　　　　　　　　　(713) 654-5800
　　　　　　　　　　　　　　　　　　　　　　　　(713) 654-5801 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　　　　wlotz@fulkersonlotz.com
　　　　　　　　　　　　　　　　　　　　　　　　jmitchell@fulkersonlotz.com
　　　　　　　　　　　　　　　　　　　　　　　　egibson@fulkersonlotz.com
　　　　　　　　　　　　　　　　　　　　　　　　*Co-Counsel for Defendants Andrew Sherman and Terves, Inc.*

...
...

By: */s/ Kent M. Adams*
    Kent M. Adams
    Allison R. Edwards
    Lewis Brisbois Bisgaard & Smith, LLP
    24 Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Main: 713-659-6767
    Fax: 713-759-6830
    kent.adams@lewisbrisbois.com
    Allison.edwards@lewisbrisbois.com
    *Lead Counsel for Defendants Andrew Sherman and Terves, Inc.*

By: */s/ Xerxes (Zak) K. Patel*
    Xerxes (Zak) K. Patel
    The Zak K. Patel Law Firm, PLLC
    4141 Southwest Freeway, Ste. 250
    Houston, Texas 77027
    (713) 570-6000
    (832) 514-7046 (Facsimile)
    zak@zakpatellaw.com
    *Counsel for Defendant James Huddleston*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, listed above, in accordance with the Federal Rules of Civil Procedure on August 12, 2015.

    */s/ Edward L. Friedman*
    Edward L. Friedman